Joseph S. Rush, as Executor, etc., of Hannah Elizabeth Owens, Deceased,

Respondent, v. South Brooklyn Savings Institution, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Carr at Special* Term. (Reported in 65 Misc. Rep. 66.) Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Timothy Ryan, Respondent, v. Louis Wagner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.